# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK R. FIELDS,<br><br>  Plaintiff,<br><br>  v.<br><br>M. STURKEY, et al.<br><br>  Defendants. | Case No.: 1:16-cv-01430-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE (ECF No. 3)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Broderick R. Fields ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on September 26, 2016. (ECF No. 1.) On the same day, Plaintiff also filed a motion seeking leave to proceed in forma pauperis. (ECF No. 3.) However, Plaintiff's form is incomplete, including that it does not have any signature page. Plaintiff must submit a completed form if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff.

3. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action, without prejudice**.

IT IS SO ORDERED.

Dated:  **September 27, 2016**           /s/ Barbara A. McAuliffe       
                                                       UNITED STATES MAGISTRATE JUDGE