# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK R. FIELDS,<br><br>    Plaintiff,<br><br>  v.<br><br>M. STURKEY, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01430-LJO-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

Plaintiff Broderick R. Fields is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2018, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **July 17, 2018**

UNITED STATES MAGISTRATE JUDGE