# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK R. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STURKEY, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01430-LJO-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE<br><br>(ECF No. 28) |

　　　　Plaintiff Broderick R. Fields ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2018, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 28.) The stipulation is signed by Plaintiff and counsel for Defendant Ruiz, indicating that the case has been resolved in its entirety, should be dismissed with prejudice, and each side shall bear their own litigation costs and attorney's fees.

　　　　Accordingly, in light of the parties' voluntary dismissal, this action is terminated by operation of law without further order from the Court. Rule 41(a)(1)(A)(ii). Each party shall bear his or her own litigation costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　　Dated: **July 25, 2018**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1